```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

NELSON RIVERA                §
                             §
VS.                          §     ACTION NO. 4:16-CV-883-Y
                             §
ALLSTATE TEXAS LLOYD'S       §

## FINAL JUDGMENT

In accordance with the Agreed Stipulation of Dismissal With Prejudice filed on April 4, 2017, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED April 5, 2017.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE